UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION AT PIKEVILLE

COURTNEY BATEMAN, *et al.*,

　　Petitioners,

v.

USP- BIG SANDY,

　　Respondent.

Civil Action No. 7:10-00146-KKC

**JUDGMENT**

\*\*\*\*\*    \*\*\*\*\*    \*\*\*\*\*    \*\*\*\*\*

In accordance with the Memorandum Opinion Order entered this date and pursuant to Rule 58 of the Federal Rules of Civil Procedure, it is **ORDERED** and **ADJUDGED** as follows:

　　(1)　Judgment is entered in favor of the Respondent, D. Berkebile, Warden of the United States Penitentiary-Big Sandy.

　　(2)　This is a **FINAL** and **APPEALABLE** Judgment and there is no just cause for delay;

　　(3)　The Court **CERTIFIES** that any appeal would not be taken in good faith; and

　　(4)　This matter **IS STRICKEN** from the Court's active docket.

Dated this 6th day of June, 2011.



**Signed By:**

*Karen K. Caldwell*　*KKC*

**United States District Judge**